RECEIVED

# UNITED STATES DISTRICT COURT

for the

District of Alaska ☒

FEB 1 8 2020

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

Ninth Circuit Court of Appeals Division

Richard Lee Hiatt, Jr

)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**

Director , Industrial Operations
Seattle, Washington

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☐ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Richard Hiatt dba OMEGA ORETT |
| Address | 209 E 23rd Ave |
| | Anchorage                    AK                    99503 |
| | *City*                       *State*              *Zip Code* |
| County | |
| Telephone Number | 219-286-5791 |
| E-Mail Address | ooak907@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Scena B. Webb |
| Job or Title *(if known)* | Director of Industry Operations (DIO) |
| Address | 1521 1st Ave S. #600 |
| | Seattle                      WA                    98134 |
| | *City*                       *State*              *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*                       *State*              *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 3:21-cv-00037-JMK    Document 1    Filed 02/18/21    Page 3 of 6

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
Recieved the Final Notice of Revoke of (FFL) license. Plaintiff is petitioning for judical review of Final Notice of Revocation of License per requirements of Exhibit 1.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
On 18 December 2020,  Plaintiff found FedEx (772393540115) Envelope blowing in the snow outside the place of business. It contained Exhibit 1, Final Notice ATF E-Form 5300.13.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
DIO decision was made 2 months after hearing cited in Exhibit 1. License was revoked abruptly without any further or other deliberation on required actions licensee (Plaintiff) needed to take, or conditions of further operating the business.
Plaintiff has filed a Request for Stay and Acknowledgement (Exhibit 2/Exhibit 3) and then Continued Stay of Action Request until July 1, 2021 (Exhibit 4) to the DIO. The Request for Continued Stay of Action for was denied on Feb 16, 2012 (Exhibit 5).
A Continued Stay of Action until the expiration of License would allow a sale, transfer, and disposition of Firearms and National Firearms Act items (that take time) within Federal Laws before the business is concluded and the records turned in.
Plaintiff has a significant financial obligation in the business inventory and needs to recover it before conclusion of business operations. Since the business is in the Plaintiff's home, the COVID Virus challenge has made operating the business in the last eight months very difficult (as with other businesses in Alaska).

Page 4 of 6

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

If the Court will conduct a judicial review, Plaintiff (dba Omega Orett) asks that a continued Stay of ACTION be granted until license expiration (1 July 2021). The continued operation of OMEGA ORETT represents no danger to the public trust, just as it has been for the last 8 months since the Inspection (cited in Exhibit1).
Additionally, Plaintiff asks that Licensee's address is corrected (change of address approved) by the BATF on the current License of the Omega ORETT (Exhibit 6) and Special Tax Stamp (Exhibit 7).

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/17/2021

Signature of Plaintiff _Richard L Hiatt Jr_

Printed Name of Plaintiff    Richard Lee Hiatt Jr, dba (OMEGA ORETT)

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address