E. BRYAN WILSON
United States Attorney

JACQUELYN A. TRAINI
Assistant U.S. Attorney
U.S. Attorney's Office, District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Jackie.Traini@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD LEE HIATT, JR., )<br><br>Plaintiff, )<br><br>vs. )<br><br>SCENA B. WEBB, DIRECTOR, )<br>INDUSTRY OPERATIONS SEATTLE, )<br>WASHINGTON, )<br><br>Defendant. ) | Case No. 3:21-cv-00037-JMK |

**UNITED STATES' MOTION TO DISMISS**

COMES NOW Defendant, Bureau of Alcohol, Tobacco, Firearms and

Explosives, by and through counsel and pursuant to Civil Rule 12(b)(1) or in

the alternative Civil Rule 56, and moves this Court to dismiss Plaintiff's

Complaint due to a lack of subject matter jurisdiction or to enter summary judgment in its favor. In support of this Motion, Defendant relies upon the Administrative Record filed in this case. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

RESPECTFULLY SUBMITTED this 4th day of May, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
United States Attorney

s/ Jacquelyn A. Traini
Assistant U.S. Attorney
Attorney for the Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on May 4, 2021,
a copy of the foregoing was served electronically to:

Richard Hiatt dba Omega Orett, *Pro se*
209 E 23rd Avenue
Anchorage, AK 99503

s/ Jacquelyn A. Traini
Office of the U.S. Attorney